# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA GRAY,<br><br>        Plaintiff,<br><br>    vs.<br><br>JOHNSON, et al.,<br><br>        Defendants. | 1:13cv01473 DLB PC<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO FILE AMENDED COMPLAINT WITH MORE THAN 25 PAGES<br><br>(Document 27) |

Plaintiff Dana Gray ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action. On November 7, 2014, the Court dismissed the First Amended Complaint with leave to amend. The Court limited Plaintiff's amended complaint to 25 pages, excluding exhibits. On February 28, 2015, Plaintiff filed her Second Amended Complaint along with a motion to permit her to file an amended complaint over the 25-page limit. As Plaintiff's Second Amended Complaint appears well-organized and includes six Defendants, the Court GRANTS her request.

IT IS SO ORDERED.

    Dated:   **February 25, 2015**            /s/ Dennis L. Beck
                                    UNITED STATES MAGISTRATE JUDGE

1