# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA GRAY,<br><br>            Plaintiff,<br><br>     vs.<br><br>JOHNSON, et al.,<br><br>            Defendants. | 1:13cv01473 DLB PC<br><br>ORDER DISREGARDING PLAINTIFF'S MOTION TO ADD VERIFICATION<br><br>(Document 30) |

Plaintiff Dana Gray ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action.  On February 28, 2015, Plaintiff filed her Second Amended Complaint, and it is currently awaiting screening.

On March 4, 2015, Plaintiff filed a motion in which she asks that a verification be added to her Second Amended Complaint.  She states that it was mistakenly left out.

Plaintiff's motion is DISREGARED, however, as Plaintiff's Second Amended Complaint is already signed under penalty of perjury.  Accordingly, a verification is unnecessary.

IT IS SO ORDERED.

Dated:   **March 11, 2015**                       /s/ *Dennis L. Beck*
                                                            UNITED STATES MAGISTRATE JUDGE

1