# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA GRAY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOHNSON, et al.,<br><br>　　　　Defendants. | Case No. 1:13-cv-01473 DLB PC<br><br>ORDER REGARDING PLAINTIFF'S MOTION FOR CLARIFICATION<br>(Document 34-1)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENTION OF TIME<br>(Document 34-2) |

　　　　Plaintiff Dana Gray ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on September 12, 2013.  Pursuant to Court order, Plaintiff filed a First Amended Complaint on May 5, 2014, and a Second Amended Complaint ("SAC") on February 23, 2015.

　　　　The Court screened the SAC on April 27, 2015, and ordered Plaintiff to either file an amended complaint or notify the Court of her willingness only to proceed on the cognizable claims.

　　　　On May 12, 2015, Plaintiff filed a motion for clarification of the screening order.  The Court explained that Plaintiff could either proceed on the Eighth Amendment claim, or file an amended complaint to attempt to cure the negligence claim.  Such an amended complaint would include both the Eighth Amendment claim <u>and</u> the allegations necessary to cure the negligence claim, as all

1

amended complaints must be complete without reference to a prior filing.  Plaintiff may also amend her prayer for relief.

     Plaintiff's request for a thirty-day (30) day extension is GRANTED.

IT IS SO ORDERED.

Dated: **May 13, 2015**    /s/ Dennis L. Beck
                                              UNITED STATES MAGISTRATE JUDGE