# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA GRAY,<br><br>   Plaintiff,<br><br> v.<br><br>JOHNSON, et al.,<br><br>   Defendants. | Case No. 1:13-cv-01473 DLB PC<br><br>ORDER REGARDING PLAINTIFF'S MOTION FOR INQUIRY<br>(Document 39)<br><br>TWENTY-ONE DAY DEADLINE |

  Plaintiff Dana Gray ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on September 12, 2013. Pursuant to Court order, Plaintiff filed a First Amended Complaint on May 5, 2014, and a Second Amended Complaint ("SAC") on February 23, 2015.

  The Court screened the SAC on April 27, 2015, and ordered Plaintiff to either file an amended complaint or notify the Court of her willingness only to proceed on the cognizable claims. Plaintiff was permitted to amend only the negligence claim.

  On June 4, 2015, Plaintiff filed her second motion for inquiry/clarification. She asks if she may add Dr. Mundunari to the allegations, asks whether two factual statements are required, and when the amended complaint is due.

  Plaintiff may add Dr. Mundunari to the amended complaint. She need only state the facts once. Finally, if Plaintiff fails to successfully amend the negligence claim, the Court would

1

normally proceed on the Eighth Amendment claims previously found cognizable. However, if Plaintiff amends to add Defendant Mundunari, the Court will have to screen the claims against her.

Plaintiff's amended complaint is due on or about June 16, 2015. As Plaintiff may not receive this order prior to that day, the Court will extend the deadline twenty-one (21) days from the date of service of this order.

No additional extensions will be permitted absent extraordinary circumstances.

IT IS SO ORDERED.

Dated:   **June 8, 2015**                                    /s/ *Dennis L. Beck*
                                                             UNITED STATES MAGISTRATE JUDGE