# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA GRAY,<br><br>         Plaintiff,<br><br>     v.<br><br>JOHNSON, et al.,<br><br>         Defendants. | Case No. 1:13-cv-01473 DLB PC<br><br>ORDER REGARDING PLAINTIFF'S MOTION TO SUPPLEMENT COMPLAINT<br><br>(Document 56) |

Plaintiff Dana Gray ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on September 12, 2013.

On February 4, 2016, the Court found that Plaintiff's Fourth Amended Complaint stated an Eighth Amendment claim and negligence claim against Defendants Mundunuri, Ziomek, Rebel, Romero, Comelli and Loadholt.

Service documents were forwarded to the United States Marshal on February 24, 2016.

Defendant Rebel filed a motion to dismiss on April 29, 2016. Defendant Comelli filed an answer on April 29, 2016. The remaining Defendants have not yet appeared.

Also on April 29, 2016, Plaintiff filed a motion to "supplement" the complaint. She requests that the Court order Defendants to answer the complaint.

Whether and when the remaining Defendants file an answer depends on whether they are successfully served, when they are successfully served, and how they decide to respond to this

1

1  action.  The Court does not order Defendants to file an answer, and Plaintiff's motion is therefore
2  DENIED.

IT IS SO ORDERED.

    Dated:  **May 2, 2016**                 /s/ *Dennis L. Beck*
                                                          UNITED STATES MAGISTRATE JUDGE