# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA GRAY, | Case No. 1:13-cv-01473-DLB PC |
| Plaintiff, | ORDER EXTENDING DISCOVERY AND SCHEDULING ORDER TO DEFENDANTS LOADHOLT, MUNDUNURI AND ROMERO |
| v. | |
| ROMERO, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action. The action is proceeding on Plaintiff's Fourth Amended Complaint for violation of the Eighth Amendment against Defendants Romero, Comelli, Rebel, Ziomek, Mundunuri and Loadholt.

On May 2, 2016, the Court issued a Discovery and Scheduling Order. At the time, only Defendant Comelli had filed an answer.[1]

On May 3, 2016, Defendants Loadholt, Mundunuri and Romero filed an answer. Therefore, the Court EXTENDS the May 2, 2016, Discovery and Scheduling Order to these Defendants.

IT IS SO ORDERED.

Dated:   __May 3, 2016__          _____ /s/ Dennis L. Beck
                                   UNITED STATES MAGISTRATE JUDGE

---

[1]  Defendant Rebel filed a motion to dismiss, which is pending. Defendant Ziomek has not yet appeared.

1