# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA GRAY,<br><br>          Plaintiff,<br><br>     v.<br><br>ROMERO, et al.,<br><br>          Defendants. | Case No. 1:13-cv-01473-DLB PC<br><br>ORDER EXTENDING DISCOVERY AND SCHEDULING ORDER TO DEFENDANT ZIOMEK |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action. The action is proceeding on Plaintiff's Fourth Amended Complaint for violation of the Eighth Amendment against Defendants Romero, Comelli, Rebel, Ziomek, Mundunuri and Loadholt.

On May 2, 2016, the Court issued a Discovery and Scheduling Order. At the time, not all Defendants had appeared in this action.

On May 25, 2016, Defendant Ziomek filed an answer. Therefore, the Court EXTENDS the May 2, 2016, Discovery and Scheduling Order to Defendant Ziomek.

IT IS SO ORDERED.

   Dated:    **May 26, 2016**                    /s/ *Dennis L. Beck*
                                          UNITED STATES MAGISTRATE JUDGE