UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA GRAY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>REBEL, et al.,<br><br>　　　　　　Defendants. | No. 1:13-cv-01473 DLB PC<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR COPY OF DISCOVERY AND SCHEDULING ORDER<br><br>(Document 69) |

　　　　Plaintiff Dana Gray ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on September 12, 2013. The action is proceeding against Defendants Mundunuri, Ziomek, Rebel, Romero, Comelli and Loadholt for violation of the Eighth Amendment and negligence.

　　　　The Court issued a Discovery and Scheduling order on May 2, 2016.

　　　　On May 6, 2016, Plaintiff filed a motion requesting a copy of the order, indicating that she had not received it. Plaintiff states that the order was referenced in Defendants' discovery.

///
///
///
///
///

1

It is likely that the order had simply not reached Plaintiff yet at the time of her motion. However, to ensure that Plaintiff has all documents related to her case, the Court GRANTS her motion and ORDERS the Clerk of Court to send Plaintiff a copy of Document 60.

IT IS SO ORDERED.

Dated: __**August 12, 2016**__          /s/ *Dennis L. Beck*
                                   UNITED STATES MAGISTRATE JUDGE