UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA GRAY,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>REBEL, et al.,<br><br>　　　　　　　Defendants. | No.  1:13-cv-01473 DLB PC<br><br>ORDER REQUIRING DEFENDANTS TO CONSENT OR DECLINE MAGISTRATE JURISDICTION WITHIN FOURTEEN (14) DAYS |

This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by Dana Gray, a state prisoner proceeding pro se and in forma pauperis.  This action is currently assigned only to the undersigned based on Plaintiff's consent to United States Magistrate Judge jurisdiction and Appendix A(k)(4) of the Local Rules of the Eastern District of California.

On May 2, 2016, the Court ordered Defendants Rebel and Comelli to consent or decline to Magistrate Judge jurisdiction within thirty days.  At the time, only these Defendants had appeared in this action.  Defendant Rebel filed his consent on May 11, 2016.  Defendant Comelli has not responded.  The remaining Defendants have now appeared.

///

///

///

///

1

Accordingly, all Defendants who have not filed a consent/decline form with the Court are ORDERED to do so within fourteen (14) days of the date of service of this order.

IT IS SO ORDERED.

Dated:   **August 12, 2016**                    /s/ Dennis L. Beck
                                        UNITED STATES MAGISTRATE JUDGE