UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA GRAY, | 1:13-cv-01473-DAD-GSA-PC |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S REQUEST FOR FREE COPIES (ECF No. 176.)** |
| vs. | |
| ROMERO, et al., | |
| Defendants. | |

## I. BACKGROUND

Plaintiff is a prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983. On January 21, 2014, Plaintiff filed a request for the court to send her a free copy of the docket sheet for this case. (ECF No. 176.)

## II. COPIES OF CASE DOCUMENTS

Plaintiff is advised that the Clerk does not ordinarily provide free copies of case documents to parties. The Clerk charges $.50 per page for copies of documents. See 28 U.S.C. § 1914(a). Copies of up to twenty pages may be made by the Clerk's Office at this court upon written request and prepayment of the copy fees. The fact that the court has granted leave for Plaintiff to proceed in forma pauperis does not entitle her to free copies of documents from the court. The Court cannot provide free photocopy service, even to litigants proceeding pro se.

The docket sheet for this case is 19 pages long.  To request a copy, Plaintiff must submit a request in writing to the Clerk, a large self-addressed envelope affixed with sufficient postage, and prepayment of copy costs to the Clerk.  Based on the foregoing, this request shall be denied.

**III.     CONCLUSION**

Accordingly, IT IS HEREBY ORDERED that Plaintiff's request for a free copy of her docket sheet is DENIED.

IT IS SO ORDERED.

Dated:   **March 17, 2017**                         **/s/ Gary S. Austin**
                                                 UNITED STATES MAGISTRATE JUDGE