UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA GRAY,<br><br>        Plaintiff,<br><br>   v.<br><br>DR. V. ROMERO et al.,<br><br>        Defendants. | No. 1:13-cv-01473-DAD-GSA<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF, WITHOUT PREJUDICE<br><br>(Doc. Nos. 192, 201) |

     Plaintiff Dana Gray is a prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

     On April 13, 2017, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's motion for preliminary injunctive relief be denied, without prejudice. (Doc. No. 201.) The parties were granted fourteen days in which to file objections to the findings and recommendations. (*Id.*) The fourteen-day time period has passed, and no objections have been filed.

     In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the

1

court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The April 13, 2017 findings and recommendations (Doc. No. 201) are adopted in full; and

2. Plaintiff's motion for preliminary injunctive relief (Doc. No. 192) is denied, without prejudice.

IT IS SO ORDERED.

Dated: **July 10, 2017**

UNITED STATES DISTRICT JUDGE