UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA GRAY,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ROMERO, et al.,<br><br>　　　　　Defendants. | 1:13-cv-01473-DAD-GSA-PC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW REQUEST (ECF No. 257.)**<br><br>**ORDER WITHDRAWING PLAINTIFF'S REQUEST FOR TELEPHONIC CONFERENCE (ECF No. 250.)** |

　　　Dana Gray ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This case was filed on September 12, 2013. (ECF No. 1.)

　　　On August 15, 2017, Plaintiff filed a request for a telephonic case management conference. (ECF No. 250.) On August 22, 2017, defendants filed objections. (ECF No. 253.) On August 28, 2017, Plaintiff filed a motion to voluntarily withdraw her request for a telephonic case management conference. (ECF No. 257.) Good cause appearing, Plaintiff's motion to withdraw shall be granted.

　　　Accordingly, IT IS HEREBY ORDERED that:

　　　1.　　Plaintiff's motion to withdraw, filed on August 28, 2017, is GRANTED; and

　　　2.　　Plaintiff's request for a telephonic case management conference, filed on August 17, 2017, is WITHDRAWN from the court's calendar.

IT IS SO ORDERED.

　Dated:　**August 31, 2017**　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE