UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA GRAY,<br><br>        Plaintiff,<br><br>vs.<br><br>ROMERO, et al.,<br><br>        Defendants. | 1:13-cv-01473-DAD-GSA-PC<br>Appeal #17-17017<br><br>**ORDER THAT PLAINTIFF IS AUTHORIZED TO PROCEED IN FORMA PAUPERIS ON APPEAL**<br><br>**(ECF No. 277.)** |

       Dana Gray ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. This case was filed on September 12, 2013. (ECF No. 1.)

       On October 6, 2017, Plaintiff filed a notice of appeal to the Ninth Circuit Court of Appeals, appealing the districts court's orders as follows:

    (1)    Order denying Plaintiff's motion for appointment of counsel (ECF No. 267), issued on September 7, 2017;

    (2)    Order denying Plaintiff's motions as moot (ECF No. 269), issued on September 11, 2017;

    (3)    Order denying Plaintiff's motions for reconsideration (ECF No. 270), issued on September 11, 2017;

1

(4) Order denying Plaintiff's motion to designate expert witness (ECF No. 271), issued on September 11, 2017; and

(5) Order denying requests for judicial notice (ECF No. 272), issued on September 11, 2017.

(ECF No. 276.) Plaintiff also filed a motion for leave to proceed *in forma pauperis* on appeal. (ECF No. 277.)

Pursuant to Rule 24 of the Federal Rules of Appellate Procedure, a party who was permitted to proceed *in forma pauperis* in the district-court action may proceed *in forma pauperis* on appeal without prior authorization. Fed. R. App. P. 24(a)(3). In this case, Plaintiff's application to proceed *in forma pauperis* in the district-court action was granted on September 18, 2013. (ECF No. 4.)

Accordingly, IT IS HEREBY ORDERED that Plaintiff is authorized to proceed *in forma pauperis* on appeal.

IT IS SO ORDERED.

Dated: **October 12, 2017**          **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE