UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA GRAY, | 1:13-cv-01473-DAD-GSA-PC |
| Plaintiff, | ORDER RE PLAINTIFF'S REQUEST FOR STATUS |
| vs. | (ECF No. 284.) |
| ROMERO, et al., | |
| Defendants. | |

Dana Gray ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. This case was filed on September 12, 2013. (ECF No. 1.) On October 6, 2017, Plaintiff filed a notice of appeal to the Ninth Circuit Court of Appeals, which is presently pending. (ECF No. 278.)

On October 26, 2017, Plaintiff filed a motion for status of particular rulings in this case. (ECF No. 284.) Due to the large number of cases pending before this court, the Clerk does not ordinarily provide written responses to requests for status of cases. Plaintiff is advised that she shall receive notice in this action as a matter of course.[1] All documents filed in this action shall

---

[1] Plaintiff is required to keep the court informed of her current mailing address. Local Rule 182(f) provides: "Each appearing attorney and *pro se* party is under a continuing duty to notify the Clerk and all other parties of any change of address or telephone number of the attorney or the pro se party. Absent such notice, service of documents at the prior address of the attorney or *pro se* party shall be fully effective. Separate notice shall be filed and served on all parties in each action in which an appearance has been made."

be served upon all parties who have appeared in this action, including Plaintiff. Plaintiff can be assured that she will receive notice, at her address of record, of rulings made in this case and deadlines established in this case, provided she keeps the court informed of her current address.[2]

Plaintiff also requests the court to notify the court of appeals of the status of particular rulings in this case. Plaintiff is advised that the court of appeals has access to the status of this case via the district court's docket and has not indicated to this court that further status is required at this stage of the proceedings to resolve Plaintiff's appeal. Therefore, this request is denied.

Accordingly, IT IS HEREBY ORDERED that this order resolves Plaintiff's motion for status filed on October 26, 2017.

IT IS SO ORDERED.

Dated: __October 27, 2017__          __/s/ Gary S. Austin__
                                    UNITED STATES MAGISTRATE JUDGE

---

[2] If Plaintiff requires a copy of the court's docket sheet for this case, she should submit a request in writing to the Clerk, together with a money order for payment of copies (at fifty cents per page), and self-addressed envelope large enough to contain the copies, with sufficient postage affixed. See 28 U.S.C. § 1914(a). Plaintiff's docket sheet is currently thirty-one pages long. The fact that the court has granted leave for Plaintiff to proceed *in forma pauperis* does not entitle her to free copies of documents from the court.