UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA GRAY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ROMERO, et al.,<br><br>　　　　Defendants. | 1:13-cv-01473-DAD-GSA-PC<br><br>**ORDER DENYING DEFENDANTS' MOTIONS AS PREMATURE, WITHOUT PREJUDICE, TO RENEWAL AFTER THE COURT HAS COMPLETED SCREENING THE SIXTH AMENDED COMPLAINT**<br><br>**(ECF Nos. 309, 311.)** |

　　Dana Gray ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. This case was filed on September 12, 2013. (ECF No. 1.) Plaintiff filed the Sixth Amended Complaint on February 12, 2018. (ECF No. 307.)

　　On February 28, 2018, defendant Rebel filed a motion to dismiss Claim I of the Sixth Amended Complaint, or in the alternative, for summary judgment as to Claim I of the Sixth Amended Complaint. (ECF No. 309.) On March 5, 2018, defendants Ziomek, Romero, Comelli, Loadholdt, and Mundurni filed a motion to dismiss the Sixth Amended Complaint. (ECF No. 311.)

　　Defendants' motions are premature. Under 28 U.S.C. § 1915A(a), the court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The Court must dismiss a complaint, or portion thereof, if the prisoner has raised claims that are legally "frivolous or

malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b)(1),(2).

Plaintiff's Sixth Amended Complaint awaits the court's requisite screening. Until the court has completed its screening, Defendants should not file an answer or other responsive pleading.

Based on the foregoing, IT IS HEREBY ORDERED that defendant Rebel's motion to dismiss or for summary judgment, filed on February 28, 2018, and defendants Ziomek, Romero, Comelli, Loadholdt, and Mundurni's motion to dismiss, filed on March 5, 2018, are DENIED as premature, without prejudice to renewal of the motions after the court has completed screening the Sixth Amended Complaint.

IT IS SO ORDERED.

    Dated: __March 19, 2018__             __/s/ Gary S. Austin__
                                                                  UNITED STATES MAGISTRATE JUDGE