UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA GRAY, | 1:13-cv-01473-DAD-GSA-PC |
| Plaintiff, | ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL |
| vs. | (ECF No. 317.) |
| ROMERO, et al., | |
| Defendants. | |

On March 14, 2018, Plaintiff filed a motion seeking the appointment of counsel. (ECF No. 317.) Plaintiff does not have a constitutional right to appointed counsel in this action, Rand v. Rowland, 113 F.3d 1520, 1525 (9th Cir. 1997), and the court cannot require an attorney to represent Plaintiff pursuant to 28 U.S.C. § 1915(e)(1). Mallard v. United States District Court for the Southern District of Iowa, 490 U.S. 296, 298 (1989). However, in certain exceptional circumstances the court may request the voluntary assistance of counsel pursuant to section 1915(e)(1). Rand, 113 F.3d at 1525.

Without a reasonable method of securing and compensating counsel, the court will seek volunteer counsel only in the most serious and exceptional cases. In determining whether "exceptional circumstances exist, the district court must evaluate both the likelihood of success of the merits [and] the ability of the [plaintiff] to articulate his claims *pro se* in light of the complexity of the legal issues involved." Id. (internal quotation marks and citations omitted).

1

In the present case, the court does not find the required exceptional circumstances. At this stage in the proceedings the court cannot make a determination that Plaintiff is likely to succeed on the merits. Plaintiff's Sixth Amended Complaint, filed on February 12, 2018, awaits screening by the court to determine if Plaintiff states cognizable claims. (ECF No. 307.) Moreover, based on a review of the record in this case the court finds that Plaintiff is able to adequately articulate her claims. Furthermore, Plaintiff's medical claims are not complex. Therefore, Plaintiff's motion shall be denied without prejudice to renewal of the motion at a later stage of the proceedings.

Accordingly, for the foregoing reasons, Plaintiff's motion for the appointment of counsel is HEREBY DENIED, without prejudice.

IT IS SO ORDERED.

Dated: __March 23, 2018__         _____/s/ Gary S. Austin_____
                                  UNITED STATES MAGISTRATE JUDGE