UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA GRAY, | 1:13-cv-01473-DAD-GSA-PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR EXTENSION OF TIME AS MOOT |
| vs. | (ECF No. 318.) |
| ROMERO, et al., | |
| Defendants. | |

     Dana Gray ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. This case was filed on September 12, 2013. (ECF No. 1.) Plaintiff filed the Sixth Amended Complaint on February 12, 2018. (ECF No. 307.) On March 16, 2018, Plaintiff filed a motion for a 45-day extension of time to respond to defense counsel Weiss's filings. (ECF No. 318.)

     A review of the record shows that there are no filings by any defendant or defense counsel that require a response from Plaintiff. The only pending motion is Plaintiff's motion for leave to request punitive damages, filed March 16, 2018. (ECF No. 305.) On February 28, 2018, defendant Rebel (through counsel Weiss) filed an opposition to the motion (ECF No. 310), and on March 14, 2018, Plaintiff filed a reply (ECF No. 315). The motion is now fully briefed and submitted to the court for ruling. Local Rule 230(*l*). No other motions are

currently pending before the Court in this case. Therefore, Plaintiff's motion for extension of time is moot and shall be denied.

Based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's motion for extension of time, filed on March 16, 2018, is DENIED as moot.

IT IS SO ORDERED.

Dated: __**March 23, 2018**__             _____/s/ Gary S. Austin_____
                                                                    UNITED STATES MAGISTRATE JUDGE